UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 8:14-cr-217-T-33EAJ

MAHMOUD ALDISSI

### FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following assets in partial satisfaction of the $10,654,969.00 forfeiture money judgment:

    a.     a 2003 BMW Z8 Roadster, Vehicle Identification Number: WBAEJ13423AH62235, registered to Matt Aldissi; and

    b.     a 2007 Porsche 911, Vehicle Identification Number: WP0AD29967S785922, registered to Matt Aldissi.

On August 7, 2015, the Court entered a Preliminary Order of Forfeiture for Substitute Assets for the above-described vehicles, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).  Doc. 312.

The Court further finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 19, 2015 through September 17, 2015.  Doc. 353.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle

District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assets. No other third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 20th day of October, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record